IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALPH WARREN GOLDEN,

    Petitioner,

v.                                                    CASE NO. 1:10-cv-00113-MP-GRJ

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Respondent's third motion for a 30-day extension of time to respond to the Petition. Upon due consideration, it is

**ORDERED:**

1.      The motion, Doc. 19, is **GRANTED**. Respondent shall file the response **on or before January 24, 2011.** No further extensions will be granted absent exceptional circumstances.

2.      Petitioner's reply, if any, shall be filed **on or before February 23, 2011**.

**DONE AND ORDERED** this 27th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge