IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALPH WARREN GOLDEN,

    Petitioner,

v.    CASE NO. 1:10-cv-113-MP -GRJ

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 34, Respondent's motion for an extension of time to respond to the Petition. Upon due consideration, it is **ORDERED**:

1  That the motion for extension of time, Doc. 34, is **GRANTED**. Respondent shall respond to the Petition **on or before June 30, 2011.**

2.  Petitioner shall have until **August 1, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 6th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge