IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALPH WARREN GOLDEN,

    Petitioner,

v.                                                  CASE NO. 1:10-cv-113-MP-GRJ

SECRETARY,
DEPT. OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 40, Petitioner's Motion For Enlargement of Time to file a reply to the Response to the Petition. (Doc. 38.) The current deadline for Petitioner to file a reply is August 10, 2011. (Doc. 37.) Petitioner requests an additional 30 days within which to file a reply.

Upon due consideration, it is **ORDERED:**

Petitioner's Motion for Enlargement of Time, Doc. 40, is **GRANTED.** Petitioner shall have until **September 9, 2011**, to file a reply.

**DONE AND ORDERED** this 9th day of August 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge