IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RALPH WARREN GOLDEN,

    Petitioner,

v.                                                                                CASE NO. 1:10-cv-113-MP -GRJ

WALTER MCNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 52, Petitioner's Motion To Request Leave To Exchange Original Hand Written Brief, For Legally Type Reply Brief. Petitioner requests permission to file a typewritten reply brief to replace the handwritten reply brief filed on November 21, 2011. While the Court appreciates Petitioner's effort to type his filings, the handwritten reply brief is legible and the Court is able to understand Petitioner's argument in the original filing. The matter is currently under advisement and therefore there is no need to file the typewritten brief.

Accordingly, it is **ORDERED:**

1. Petitioner's Motion To Request Leave To Exchange Original Hand Written Brief, For Legally Type Reply Brief (Doc. 52) is **DENIED**.

**DONE AND ORDERED** this 28th day of December 2012.

                                                                *s/ Gary R. Jones*
                                                                  GARY R. JONES
                                                                  United States Magistrate Judge